**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

IN RE: TARLA EASON,

CIVIL ACTION NO.: 4:25-cv-226

**O R D E R**

On December 19, 2025, I granted in part Ms. Eason's motion to redact and to seal. Doc. 1.  I provided instructions to Ms. Eason regarding what she could submit in this case and how she should provide this information.  Id.  Ms. Eason has not submitted anything for docketing in the captioned case.  Thus, the Court **ORDERS** Ms. Eason to update the Court on whether she wants to pursue her cause of action **on or before April 17, 2026**.  The Court advises Ms. Eason, if she wishes to pursue this cause of action, she should submit a civil complaint form and any other items she wishes to attach.  Ms. Eason's failure to respond to this Order will result in the dismissal of her cause of action.

**SO ORDERED**, this 7th day of April, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA